# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FESEHATSION GEZAHEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREATER WASHINGTON ONCOLOGY ASSOCIATES/ AMERICAN ONCOLOGY NETWORK,<br><br>　　　　　　Defendant. | Civil Action No. 22-2838 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss, ECF 5, is DENIED. Defendant's Motion for a More Definite Statement is likewise DENIED.

**SO ORDERED.**

DATE: February 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jia M. Cobb
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge